**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:  07 CV 6244
  STONE INTERIORS, INC. d/b/a PRP USA,    Plaintiff,
    vs.
  VALENCIA STONE, LLC and UNITED TILE AND STONE,
  INC., d/b/a TILE WORLD OF ITALY,            Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Valencia Stone, LLC and United Tile and Stone, Inc., d/b/a Tile World of Italy

| | |
|---|---|
| NAME (Type or print)<br>Neil E. Holmen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Neil E. Holmen | |
| FIRM<br>Walker Wilcox Matousek LLP | |
| STREET ADDRESS<br>225 West Washington Street, Suite 2400 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1250027 | TELEPHONE NUMBER<br>312-244-6700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |