IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STONE INTERIORS, INC. d/b/a PRP USA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 07 CV 6244 ) |
| VALENCIA STONE, LLC and UNITED TILE AND STONE, INC., d/b/a TILE WORLD OF ITALY, | ) Judge Virginia M. Kendall ) ) Magistrate: Michael T. Mason |
| Defendants. | ) ) ) |

## UNCONTESTED MOTION FOR EXTENSION OF TIME

NOW COMES the Defendants, VALENCIA STONE, LLC and UNITED TILE AND STONE, INC., d/b/a TILE WORLD OF ITALY ("Defendants"), by and through its attorneys, NEIL E. HOLMEN and MARK SCHMIDT of WALKER WILCOX MATOUSEK LLP, and respectfully request the Court to grant a 30-day extension of time to answer or otherwise plead to Plaintiff's Complaint For Breach Of Contract. In support thereof, Defendants state as follows:

1. This case was filed November 5, 2007 and Defendants were served in Florida on November 30, 2007.

2. The undersigned was contacted on December 18, 2007 by Defendants' Florida counsel, Gasper J. Ficarrotta, Esq., regarding representing Defendants in this action. Mr. Ficarrotta advised the undersigned that he spoke with J. Scott Humphrey, one of Plaintiff's attorneys, who indicated he would not object to a motion for an extension of time. On that same day, the undersigned talked with Mr. Humphrey and confirmed that he did not object to an extension.

{File: 00049423.DOC /}

-2-

3.  This motion is not brought for purposes of delay and the requested extension will not prejudice the plaintiff in any way. The purpose of the extension is to obtain the necessary information from Defendants in order to file an appropriate response. This is the first request for an extension of time.

WHEREFORE, Defendants, VALENCIA STONE, LLC and UNITED TILE AND STONE, INC., d/b/a TILE WORLD OF ITALY respectfully request this Court to grant a 30-day extension of time to answer or otherwise plead to the Complaint.

Respectfully submitted,

VALENCIA STONE, LLC and UNITED TILE AND STONE, INC., d/b/a TILE WORLD OF ITALY

By:  /s/ Neil E. Holmen
     One of Their Attorneys

Neil E. Holmen
Mark Schmidt
WALKER WILCOX MATOUSEK LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
Phone: 312 244-6700
Fax: 312-244-6800

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Uncontested Motion For Extension Of Time** was served upon the following counsel of record on December 18, 2007, through the court's electronic filing system:

    J. Scott Humphrey        shumphrey@seyfarth.com

                                      /s/ Neil E. Holmen

{File: 00049423.DOC /}