IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STONE INTERIORS, INC. d/b/a PRP USA, ) ) ) Plaintiff, ) ) vs. ) ) VALENCIA STONE, LLC and UNITED TILE AND STONE, INC., d/b/a TILE WORLD OF ITALY, ) ) ) ) ) Defendants. ) | No. 07 CV 6244<br><br>Judge Virginia M. Kendall<br><br>Magistrate: Michael T. Mason |

**NOTICE OF MOTION**

TO:   J. Scott Humphrey
      Seyfarth Shaw LLP
      131 South Dearborn Street
      Suite 2400
      Chicago, IL  60603

      PLEASE TAKE NOTICE that on December 20, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 of the United States District Courthouse, 219 S. Dearborn, Chicago, IL 60604 and shall then and there present the attached Notice of Motion for Uncontested Motion For Extension Of Time.

      Respectfully submitted,

      WALKER WILCOX MATOUSEK LLP

      By:___/s/ Neil E. Holmen_____
          Attorney for Defendant Untied Tile And Stone,
          Inc., d/b/a Tile World of Italy

Dated:  December 18, 2007

Neil E. Holmen
Mark Schmidt
WALKER WILCOX MATOUSEK LLP
225 W. Washington Street, Suite 2400
Chicago, IL 60606
Phone:  312 244-6700
Fax:  312-244-6800

{File: 00049423.DOC /}

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice Of** Motion was served upon the following counsel of record on December 18, 2007, through the court's electronic filing system:

    J. Scott Humphrey        shumphrey@seyfarth.com

                                /s/ Neil E. Holmen

{File: 00049423.DOC /}