## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Stone Interiors, Inc.
                                      Plaintiff,

v.                                                                     Case No.: 1:07–cv–06244
                                                                   Honorable Virginia M. Kendall

Valencia Stone, LLC, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Virginia M. Kendall : The Agreed Motion for extension of time to answer [8] is granted; defendant may have until 1/18/2008 to answer or otherwise respond to the complaint. The noticed hearing date of 12/20/07 for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.