UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Stone Interiors, Inc.
                              Plaintiff,

v.                                           Case No.: 1:07−cv−06244
                                           Honorable Virginia M. Kendall

Valencia Stone, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Fact discovery ordered closed by 3/14/2008. Expert discovery ordered closed 5/30/08. Dispositive Motions with their supporting memoranda are due by 6/30/2008. Responses are due 7/30/2008. Replies due 8/13/2008. Further Status Hearing set for 6/2/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.